THE PEOPLE OF THE STATE OF NEW YORK, Appellant, ex rel. JEROME B. HADSELL, Respondent, v. MAURICE TOMPKINS, as Sheriff of Broome County, Appellant.

(Submitted January 13, 1913; decided January 21, 1913.)

Motion for recall of remittitur for the purpose of striking out the award of costs by the Appellate Division denied. No point was made against the power of the Appellate Division to award costs upon the argument of the appeal in this court and the question cannot now be raised by such a motion as this. (See 206 N. Y. 658.)